

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00065-CR

### EX PARTE CHESTER SINCLAIR

On Appeal from the
227th District Court of Bexar County, Texas
Trial Cause No. 1997CR3391W1

### JUDGMENT

This Court's judgment issued on December 16, 2021, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

March 3, 2022